## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Elderlite Express, Inc.** | : | Case No. 2:06-cv-737 |
| | : | |
| **Plaintiff,** | : | **Judge Holschuh** |
| | : | **Magistrate Judge King** |
| **v.** | : | |
| | : | |
| **Capitol City Trailers, Inc., et al.** | : | |
| | : | |
| **Defendants.** | : | |

Now comes Capitol City Trailers, Inc., by and through counsel, and hereby submits the Expert Report of Mike Winterfeld.

SAMMONS & ASSOCIATES CO., LPA

/s/ Jeffery D. Sammons
Jeffery D. Sammons (0030835)
635 Park Meadow Road, Suite 101
Westerville, Ohio  43081
(614) 898-9522 phone
(614) 898-0411 fax
jsammons@sammonslaw.net
*Attorney for Capitol City Trailers, Inc.*